# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG S.A., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 6:12-cv-463 |
| ELECTRONIC ARTS INC., | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MALA SINGH IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Mala Singh, declare as follows:

1. I am currently employed by Electronic Arts Inc. ("EA") as a VP of Human Resources. I make this declaration in support of Defendants' Motion to Transfer this action to the Northern District of California. The statements set forth below are based on my personal knowledge that I have acquired through my work experience at EA and my familiarity with Bejeweled 2.

2. I have worked at EA for approximately 4.5 years. My duties for EA include: leading the HR function for the game development operations. Throughout my employment I have worked at the facilities in Redwood Shores, California.

3. EA is a Delaware corporation with its headquarters located in Redwood City, California. EA's research, design, development and maintenance of interface and software for Bejeweled 2 was performed principally by Nigel Birkenshaw in Quebec, Canada and Anatha Boyapalle in Los Angeles, California. The documents regarding the design, development and

maintenance of Bejeweled 2 are located at these locations, as well as Seattle, Washington.

4. EA does have employees located in Austin, Texas; however, none of these employees had any involvement in Bejeweled 2. Thus, no witnesses or documents relevant to Bejeweled 2 are located in the Eastern District of Texas.

5. EA created and developed the accused product Bejeweled 2, which is offered for sale and sold in the Northern District of California.

6. EA worked with Chris Pruett, an employee of Google, located in Mountain View, California, regarding Google Play Licensing.

7. Transportation of EA documents and witnesses to the Northern District of California is more convenient given the significantly shorter travel time and cost of flights from Seattle, Washington to San Francisco as opposed to the Tyler, Texas region.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed by me on November 6, 2012